

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2019

No. 04-19-00433-CR

Troy **SANCHEZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 19-03-047-CRW
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file his brief is granted. We order appellant's counsel, Patrick Ballantyne, to file the appellant's brief by October 22, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk